FILED
2006 Oct-20 AM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **VICTOR LAMONT HARRIS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil Action No.  CV 05-S-0516-NE |
| | ) |
| **GWENDOLYN MOSLEY,** | ) |
| **WARDEN; ATTORNEY** | ) |
| **GENERAL FOR THE STATE** | ) |
| **OF ALABAMA,** | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed his findings of fact and recommendation on September 12, 2006.  Petitioner filed objections to the magistrate's findings and recommendation on October 6, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate's findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and they hereby are ADOPTED, and his recommendation is ACCEPTED. Accordingly, petitioner's objections are due to be OVERRULED, and the petition for writ of habeas corpus is due to be DENIED.  A Final Judgment will be entered.

DONE this 20th day of October, 2006.

_____
United States District Judge